IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBBIE A. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-cv-122-GMB |
| | ) | [WO] |
| OCWEN LOAN SERVICING, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court has been advised that this case has settled but the parties have sought multiple extensions of time in which to file their final stipulation of dismissal. The last request was for a thirty-day extension from January 11, 2019. The plaintiff has suggested that if no stipulation of dismissal had been filed as of the extended deadline the court could dismiss the case with prejudice with leave to reinstate the case within 30 or 60 days. Doc. 65 at 3 & n.1. No stipulation of dismissal having been filed as of the date of this order, it is hereby ORDERED as follows:

1.     The pending motions for dismissal and summary judgment (Doc. 39 & 53) are DENIED without prejudice to being refiled.

2.     This case is dismissed with prejudice as to all claims, each party to bear its own costs. Leave is given to file a motion to reinstate the case within 30 days of today's order.

DONE this 19th day of February, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE